MAR-10-2010 01:29PM From: 8433937407 ID: Page:012 R=95%

# Summons



In the matter of __COLIN P MURPHY, 4 CARLISLE DR, OAK BROOK, IL 60523-1709__
Internal Revenue Service (Division): __SMALL BUSINESS/SELF EMPLOYED__
Industry/Area (name or number): __SB/SE AREA 4 (24)__
Periods: __Form 1040 for the calendar period ending December 31, 2000__

### The Commissioner of Internal Revenue

To: __AMERICAN CHARTERED BANK__
At: __1199 EAST HIGGINS ROAD, SCHAUMBURG, IL 60173__

You are hereby summoned and required to appear before R. ALEXOVICH, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

PROVIDE COPIES OF ALL DOCUMENTS AND INFORMATION RELATING TO LOANS AND ACCOUNTS INVOLVING THE COLIN MURPHY TRUST AND THE CHRISTOPHER MURPHY TRUST TO INCLUDE BUT NOT LIMITED TO :
1. LOAN DOCUMENTS, APPLICATIONS, FINANCIAL STATEMENTS, APPRAISALS,
2. LOAN AND ACCOUNT STATEMENTS
3. CORRESPONDENCE AND E MAIL
4. TRUST DOCUMENTS SHOWING THE POWER OF DIRECTION AND BENEFICIAL INTEREST
5. COPIES OF ALL CHECKS ISSUED ( FRONT AND BANK)
6. COPIES OF ALL PAYMENTS TO LOANS ( CHECKS FRONT AND BACK)
7. RECORD OF ALL ELECTRONIC PAYMENTS AND TRANSFERS
FROM DECEMBER 31, 2002 TO THE PRESENT

SEE ATTACHED FOR ADDITIONAL INSTRUCTIONS

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_signature_ — Signature of IRS Official Serving the Summons

Title: __REVENUE OFFICER 3608362__

Business address and telephone number of IRS officer before whom you are to appear:
__2001 BUTTERFIELD RD, 5223WSB-RA, DOWNERS GROVE, IL 60515 (630) 493-5615__

Place and time for appearance at: __2001 BUTTERFIELD RD, 5223WSB-RA, DOWNERS GROVE, IL 60515__

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 8-2008)
Catalog Number 21405J

on the __16th__ day of __March__, __2010__ at __8:00__ o'clock __a__ m.

Issued under authority of the Internal Revenue Code this __4th__ day of __March__, __2010__

R. ALEXOVICH _signature_
Signature of Issuing Officer

_signature_
Signature of Approving Officer (if applicable)

Title: __REVENUE OFFICER__

_signature_
Title

Part A — to be given to person summoned

p.12 8433937407 DWM Financial Group Blumberg No. 5208 EXHIBIT A

## SUMMONS ATTACHMENT

IN THE MATTER OF: __COLIN P. MURPHY_____

SUMMONSED PARTY: AMERICAN CHARTERED BANK_____

In addition to testimony, you are required to furnish all records in your possession pertaining to the following trust(s): COLIN MURPHY TRUST, KEVIN MURPHY TRUST. These records are to include, but are not limited to:

1. The documents establishing the trust.

2. All documents pertaining to the governance of the trust.

3. All bank records pertaining to trust bank accounts.

4. Records of minutes for any and all trustee meetings.

5. Correspondence between you and any other trustees, trustors, beneficiaries and any other persons involved with the trust(s).

6. Correspondence with attorneys working on behalf of the trust(s).

7. All records pertaining to property in which the trust(s) have an interest.

8. Insurance records.

Note: "UNDER IRC 7609 (c )(2)(D), THIS SUMMONS IS EXEMPT FROM THE NOTICE REQUIREMENTS PERTAINING TO THIRD PARTY SUMMONSES."

"I hereby certify that I have examined and compared this copy of the summons with original and that it is a true and correct copy of the original."

_____, Revenue Officer