

# Summons

In the matter of COLIN P MURPHY, 4 CARLISLE DR, OAK BROOK, IL 60523-1709
Internal Revenue Service (Division): SMALL BUSINESS/SELF EMPLOYED
Industry/Area (name or number): SB/SE AREA 4 (24)
Periods: Form 1040 for the calendar period ending December 31, 2000

### The Commissioner of Internal Revenue

To: THE COLIN MURPHY TRUST - MICHAEL MURPHY AND
At: LESTER DETTERBECK TRUSTEES, 4 CARLISLE DRIVE, OAKBROOK, IL 60523

You are hereby summoned and required to appear before R. ALEXOVICH, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

PROVIDE COPIES OF THE COMPLETE TRUST FILE TO INCLUDE
1. BENEFICIARY
2. POWER OF DIRECTION
3. CORPUS OF THE TRUST
4. RECORDS OF ALL LOANS FROM DECEMBER 31, 2000 TO THE PRESENT
5. ALL BANK STATEMENTS

SEE ATTACHMENT FOR ADDITIONAL INSTRUCTIONS

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_[signature]_  REVENUE OFFICER, 3608352
Signature of IRS Official Serving the Summons  Title

Business address and telephone number of IRS officer before whom you are to appear:
2001 BUTTERFIELD RD, DOWNERS GROVE, IL 60515 (630) 493-5615

Place and time for appearance at: 2001 BUTTERFIELD RD, 5223WSB-RA, DOWNERS GROVE, IL 60515

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039 (Rev. 8-2008)
Catalog Number 21405J

on the 16th day of March, 2010 at 8:00 o'clock a m.
Issued under authority of the Internal Revenue Code this 4th day of March, 2010

R. ALEXOVICH  _[signature]_  REVENUE OFFICER
Signature of Issuing Officer  Title

_[signature]_  _[signature]_
Signature of Approving Officer (if applicable)  Title

Part A — to be given to

EXHIBIT B

## SUMMONS ATTACHMENT

**IN THE MATTER OF: COLIN P. MURPHY**
**SUMMONSED PARTY: THE COLIN MURPHY TRUST MICHAEL MURPHY & LESTER DETTERBECK TRUSTEES**

In addition to testimony, you are required to furnish all records in your possession pertaining to the following trust(s): THE COLIN MURPHY TRUST. These records are to include, but are not limited to:

1. The documents establishing the trust.
2. All documents pertaining to the governance of the trust.
3. All bank records pertaining to trust bank accounts.
4. Records of minutes for any and all trustee meetings.
5. Correspondence between you and any other trustees, trustors, beneficiaries and any other persons involved with the trust(s).
6. Correspondence with attorneys working on behalf of the trust(s).
7. All records pertaining to property in which the trust(s) have an interest.
8. Insurance records.

Note: "UNDER IRC 7609 (c)(2)(D), THIS SUMMONS IS EXEMPT FROM THE NOTICE REQUIREMENTS PERTAINING TO THIRD PARTY SUMMONSES."

"I hereby certify that I have examined and compared this copy of the summons with original and that it is a true and correct copy of the original."

_____, Revenue Officer

sumtrust