IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Colin P. Murphy,** ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 10 cv 01739 |
| v. ) | |
| ) | Judge Rebecca R. Pallmeyer |
| **Commissioner of the Internal Revenue** ) | |
| **Service,** ) | Magistrate Judge Arlander Keys |
| ) | |
| Respondent. ) | |

## NOTICE OF MOTION

| | | |
|---|---|---|
| Mr. Maslanka | Linda Halpin | The Colin Murphy Trust – |
| Mr. R. Alexovich | American Chartered Bank | Michael Murphy and Lester |
| Revenue Officer | 1199 East Higgins Road | Detterbeck Trustees |
| Internal Revenue Service | Schaumburg, IL 60173 | 4 Carlisle Drive |
| 2001 Butterfield Road | Fax No: 1-847-517-4046 | Oak Brook, IL 60523 |
| Downers Grove, IL 60515 | | |
| Fax No: 1-630-493-5453 | | |

**PLEASE TAKE NOTICE** that on **March 24, 2010 at 8:45 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Judge Rebecca R. Pallmeyer**, or any other judge in her stead, in **Room 2119** of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present the attached *Petition to Quash Summons*, a copy of which is hereby served upon you.

By: /s Carri A. Conlon

One of the Attorneys for Petitioner

Carri A. Conlon #6257116
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 444-9300

## PROOF OF SERVICE

Under penalties of perjury as provided by law, the undersigned certifies that a true and correct copy of this Notice of Motion and Petition to Quash Summons were served upon the above named persons or entities by sending the documents via certified, return receipt mail before 5:00 p.m. on March 19, 2010, from the USPS mail chute located at 30 S. Wacker Drive, Chicago, Illinois, 60606, postage prepaid and via facsimile before 5:00 p.m. to those designated .

\_\_\_\_/s Carri A. Conlon\_\_\_\_\_